**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:    Trenton  Garrett v. Texas 18th U.S. District Representative Sheila
                        Jackson Lee

Appellate case number:  01-21-00498-CV

Trial court case number:  1173525

Trial court:            County Civil Court at Law No. 1 of Harris County

Appellant Trenton Garrett filed a notice of appeal of the trial court's September 9, 2021 order granting appellee's motions to dismiss.  The clerk's record filed in this Court includes his "Statement of Inability to Afford Payment of Court Costs or an Appeal Bond."  The clerk's record does not reflect that any motion to require appellant to pay costs or any contest to appellant's declaration was filed.  *See* TEX. R. CIV. P. 145(f).  In addition, appellant filed in this Court a "Statement of Inability to Afford Payment of Court Costs or an Appeal Bond."  After consideration of documents filed in this proceeding, the Clerk of this Court is directed to make an entry in this Court's records that appellant is allowed to proceed on appeal without payment of costs.  *See* TEX. R. CIV. P. 145(a); TEX. R. APP. P. 20.1.

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                            Acting individually

Date:  <u>September 28, 2021</u>